IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01141-AP

**TERRY L. GREEN,**

    Plaintiff,

    v.

**MICHAEL ASTRUE, COMMISSIONER OF SOCIAL SECURITY,**

    Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

**1.  APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

<u>For Plaintiff</u>:
Chris R. Noel, Esq.
3000 Pearl Street, Suite 212
Boulder, Colorado 80301-2431
Telephone:  (303) 449-6503
E mail: chrisildar@comcast.net

<u>For Defendant</u>:
John F. Walsh
United States Attorney

William Pharo
Assistant U.S. Attorney
William.pharo@usdoj.gov

David Blower
Special Assistant U.S. Attorney
1001 17th Street
Denver, Colorado  80202
Telephone:  (303) 844-1571; Fax: (303) 844-0770
David.blower@ssa.gov
Attorneys for Defendant

**2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 USC 405(g).

**3. DATES OF FILING OF RELEVANT PLEADINGS**

    **A.**    **Date Complaint Was Filed: 4/29/11.**

    **B.**    **Date Complaint Was Served on U.S. Attorney's Office: 5/3/11**

    **C.**    **Date Answer and Administrative Record Were Filed: 7/5/11.**

**4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

**Plaintiff states:** Although Plaintiff's counsel will thoroughly review the Record, the accuracy and completeness of the Administrative Record cannot be ascertained until after Plaintiff's final opening brief is finally drafted and filed.

**Defendant states:** To the best of his knowledge, the record is complete.

**5. STATEMENT REGARDING ADDITIONAL EVIDENCE**

**Plaintiff states:** See paragraph four above.

**Defendant states:** None anticipated.

**6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

Plaintiff states: This case involves no unusual claims.

Defendant states: This case does not involve unusual claims or defenses.

**7. OTHER MATTERS**

    Plaintiff states: The record appears to be complete, but a final position by Plaintiff cannot be determined until the final draft of his opening brief is filed.

    Defendant states: The administrative record is complete.

**8. BRIEFING SCHEDULE**

    A.    **Plaintiff's Opening Brief Due: 9/5/11**

    B.    **Defendant's Response Brief Due: 10/5/11**

    C.    **Plaintiff's Reply Brief Due: 10/20/11**

**9. STATEMENTS REGARDING ORAL ARGUMENT**

    A.    **Plaintiff's Statement:** Oral Argument is requested if only to clarify any outstanding issues, and at the Court's behest.

    B.    **Defendant's Statement:** Oral Argument is not requested.

**10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

    A.    **(  ) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

    B.    **( x ) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11. OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1 BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL *PRO SE* PARTIES.

**12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

DATED this 8th day of July, 2011.

BY THE COURT:

s/John L. Kane
U.S. DISTRICT COURT JUDGE

APPROVED:

| | |
|---|---|
| s/Chris R. Noel<br>CHRIS R. NOEL<br>3000 Pearl Street, Suite 212<br>Boulder, Colorado 80301-2431<br>Telephone:  (303) 449 6503<br>e mail: chrisildar@comcast.net<br>Attorney for Plaintiff Terry L. Green | John F. Walsh<br>UNITED STATES ATTORNEY<br><br>William Pharo<br>Assistant U.S. Attorney<br><br>s/ David Blower<br>By: David Blower<br>Special Assistant U.S. Attorney<br>1001 17th Street<br>Denver, Colorado  80202<br>Telephone: (303) 844-1571<br>David.blower@ssa.gov<br><br>Attorneys for Defendant |