## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Judge Christine M. Arguello

Civil Action No. 11-cv–01141-CMA

TERRY L. GREEN,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.

---

## ORDER GRANTING UNOPPOSED MOTION TO REMAND

---

    This matter is before the Court on Defendant's Unopposed Motion to Remand. (Doc. # 23.) Defendant requests that the Court remand this case to the Social Security Agency for further proceedings. Sentence four of 42 U.S.C. § 405(g) provides that the Court may, upon the pleadings and the transcript of the administrative record, enter judgment and remand the case to the Commissioner for a rehearing.

    Pursuant to sentence four of 42 U.S.C. § 405(g), Defendant's Motion (Doc. # 23) is GRANTED and it is ORDERED that this case be remanded to the Social Security Agency for further proceedings.

    It is further ORDERED that the Clerk of the Court enter judgment in accordance with Fed. R. Civ. P. 58.

It is FURTHER ORDERED that Plaintiff is AWARDED his costs, to be taxed by the Clerk of the Court pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1 and 28 U.S.C. § 2412(a)(1).

DATED: October  06 , 2011

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge