**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 11-cv-01141-CMA

TERRY L. GREEN,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.

---

**ORDER GRANTING ATTORNEY FEES**

---

This matter is before the Court on Plaintiff's Unopposed Motion for Attorney Fees Pursuant to 42 U.S.C. § 406(b) (Doc. # 28).  Having reviewed the motion and case file, the Court hereby

ORDERS that the Motion for Attorney Fees (Doc. # 28) is GRANTED.  Pursuant to 42 U.S.C. § 406(b), Attorney Chris R. Noel is awarded attorney's fees in the amount of $17,817.50, which shall be paid directly to Chris R. Noel from the monies being held by the Defendant from the Plaintiff's past-due benefits.  Upon payment of this fee, Attorney Noel shall refund $4,905.00 (*i.e.*, the EAJA fee awarded in this case) to Mr. Green pursuant to *Gisbrecht v. Barnhart*, 535 U.S. 789, 152 L.2d.2d 996, 122 S.Ct. 1817 (2002).

    DATED:  July   12  , 2013

                                      BY THE COURT:

                                      _____
                                      CHRISTINE M. ARGUELLO
                                      United States District Judge